IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>                       Plaintiff,      )<br>                                                      )<br>          v.                                       )<br>                                                      )     CASE NO. 05-06021-03-CR-SJ-NKL<br> LARRY L. KARSTENS,            )<br>                                                      )<br>                      Defendant.    ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John Maughmer, to which no objection has been filed, the pleas of guilty to the Information is now accepted. Defendant is adjudged guilty of such offenses.

                                                                s/ NANETTE K. LAUGHREY
                                                                NANETTE K. LAUGHREY
                                                                United States District Judge

September 14, 2006
Kansas City, Missouri